IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION | ) | **UNDER SEAL** |
| OF THE UNITED STATES OF AMERICA | ) | No. 3:19MJ817(RMS) |
| FOR NON-DISCLOSURE ORDER | ) | |
| | ) | |
| | ) | April 24, 2020 |

## MOTION TO UNSEAL

The United States of America, by Jocelyn Courtney Kaoutzanis, Assistant United States Attorney, moves the Court for an order unsealing the application for non-disclosure order related to the subpoena, the Court's Order and the motion to seal and order to seal, in the above captioned cases. The United States files this motion because the information contained in these papers can now be disclosed. The larger investigation has progressed, some of the information has been disclosed and there is no longer a need for these matters to remain sealed.

WHEREFORE, the United States respectfully requests that the aforementioned documents be unsealed.

    Respectfully submitted,

    JOHN H. DURHAM
    UNITED STATES ATTORNEY

    */s/ Jocelyn Courtney Kaoutzanis*
    JOCELYN COURTNEY KAOUTZANIS
    ASSISTANT UNITED STATES ATTORNEY
    United States Attorney's Office
    157 Church Street, 23rd Floor
    New Haven, CT 06510
    Tel: (203) 821-3756
    Federal Bar No. CT30426

The foregoing motion is hereby GRANTED/DENIED.  Government counsel has explained why sealing is no longer necessary and why the papers can be unsealed

SO ORDERED.

_____        _____
 ROBER M. SPECTOR                                                      DATE
 UNITED STATES MAGISTRATE JUDGE